ISAIAS SALAZAR
FULL NAME

SAME
COMMITTED NAME (if different)

P.O. BOX 500 CHINO, CA
FULL ADDRESS INCLUDING NAME OF INSTITUTION

91708 CIM

AB-9718
PRISON NUMBER (if applicable)



FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ISAIAS SALAZAR

PLAINTIFF,

v.

DEAN BORDERS

DEFENDANT(S).

CASE NUMBER

5:16-CV-01632-PSG-ASW

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

PETITIONER SALAZAR WAS TRANSFER TO A HIGH RISK FACILITY (THE) LOCATION FOR CONTRACTING VALLEY FEVER (COCCIDIOMYCOSIS) WAS AND IS VERY SERIOUS FOR GETTING INFECTED AND HAVING KNOWLEDGE OF. SUCH A SERIOUS TREAT TO A PERSONS HEALTH IN THIS CASE INMATE ISAIAS SALAZAR WHO WAS TRANSFER TO SUCH A LOCATION, AFTER MEDICAL OFFICIALS BECAME AWARED OF INMATE SALAZAR SERIOUS INFECTION OF VALLEY FEVER AND WAS HOSPITALIZED FOR (4 MONTHS) THEN HE WAS PLACE FOR TRANSFERED TO HIS NOW (HOUSING)

CIVIL RIGHTS COMPLAINT

    a. Parties to this previous lawsuit:
       Plaintiff _____

       Defendants _____

    b. Court _____

    c. Docket or case number _____
    d. Name of judge to whom case was assigned _____
    e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
    f. Issues raised: _____

    g. Approximate date of filing lawsuit: _____
    h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes    ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes    ☒ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __ISAIAS SALAZAR__
                                                                                  (print plaintiff's name)
who presently resides at __P.O. BOX 500 CHINO CA, 91708 (CIM)__,
                                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

3 4

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
PATIENT/INMATE HEALTH CARE APPEAL
CDCR 602 HC (REV. 04/11)                                                                                                         Side 1

| STAFF USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | Institution: CIM-HC | Log #: 14027492 | Category: | |
| Signature: | | Date: | | FOR STAFF USE ONLY | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                 WRITE, PRINT, or TYPE CLEARLY.

Name (Last, First): SALAZAR ISAIAS, C   CDC Number: A69718   Unit/Cell Number: BL. 109L   Assignment: NONE

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
VALLEY FEVER (NEGLEGIENCE)

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): WHEN I WAS
AT PLEASANT VALLEY PRISON I SUFFERED
WITH THE VALLEY FEVER (I WAS WITHDRAW
SPINAL FLUIDS) TWICE

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I NEED TO
SEE A SPECIALIST FOR MY BACK PAIN. PRIOR
TO THE VALLEY FEVER, I HAD NO BACK PAIN
OR PROBLEM WITH MY WALK.

☐ Supporting Documents: Refer to CCR 3084.3.
List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☒ No, I have not attached any supporting documents. Reason: _____

RECEIVED FEB 18 2014 / COMPLETED APPEALED MAR 11 2014 HC APPEALS USE ONLY

Patient/Inmate Signature: ISAIAS SALAZAR, C.   Date Submitted: 2/14/2014
☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only                                   Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction): Date:____ Date:____ Date:____ Date:____
☐ Cancelled (See attached letter): Date:____
☒ Accepted at the First Level of Review
Assigned to: Dr. Tran   Title: PCP   Date Assigned: 2/24/14   Date Due: 4/2/14

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of interview: _____   Interview Location: _____
Your appeal issue is: ☐ Granted ☒ Granted in part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: Tran   Title: PCP   Signature: _____   Date completed: 3/10/14
(Print Name)
Reviewer: TVF   Title: CPE   Signature: _____
(Print Name)

HCAC Use Only
Date received by HCAC:        Date mailed/delivered to appellant: 3/11/14

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

Health Care Appeal Assignment Notice
First Level HC Appeal

Date: 2/24/2014

To: SALAZAR, ISAIAS (AB9718)
C B 1102001L
California Institution for Men
P.O. Box 128
Chino, CA 91710

Tracking/Log #: CIM HC 14027492
Appeal Level: First
Due Date: 4/2/2014

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Harrod, L.
Health Care Appeals Coordinator
Health Care Appeals Office
California Institution for Men

3 8

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES** 

### Institution Response for First Level HC Appeal

**Date:** 3/15/2014

**To:** SALAZAR, ISAIAS (AB9718)
C B 1102001L
California Institution for Men
P.O. Box 128
Chino, CA 91710

**Tracking/Log #:** CIM HC 14027492

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 2/19/2014, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Referral ( Orthopedics ) | I/P wants to see back pain specialist from his pain he has been dealing with since his spinal fluids were withdrawn. |

**Interview:**
You were interviewed by Dr. Tran on 3/5/14 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**Response:** Patient was seen and examined today. Patient is requesting a back brace. I will prescribe medication for patient and follow up with him.

A review of your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is Partially Granted.

Responder Name: Dr. Tran
Responder Title: Physician and Surgeons
California Institution for Men



on (date or dates) _____, _____, _____.
                     (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **HAROLD L (HCA)** resides or works at
   (full name of first defendant)
   **P.O. BOX 500 CHINO CA 91708**
   (full address of first defendant)
   **APPEALS COORDINATOR**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **NEGLECTING FURTHER CLINICAL INVESTIGATION TO HIS BODY DISCONFORT**

2. Defendant **DR OLA,** resides or works at
   (full name of first defendant)
   **PLEASANT VALLEY PRISON**
   (full address of first defendant)
   **YARD PHISICIAN**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **BY DENYING THE ELEMENTS NEED IT, TO INMATE DISCONFORT AND PAIN**

3. Defendant **DR TRAN** resides or works at
   (full name of first defendant)
   **P.O. BOX 500 CHINO CA 91708**
   (full address of first defendant)
   **YARD MD CIM**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **BY NEGLECTING ANY FURTHER TREATMENT TO WHAT VALLEY FEVER HAD DAMAGE TO HIS BODY**

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____


5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

PETITIONERS RIGHT TO A HEALTHY LIFE WHILE IN PRISON HAS BEEN TAKING AWAY FROM HIM PETITIONER WAS IN GOOD HEALTH BEFORE HE WAS INFECTED WITH VALLEY FEVER AND NOW BECAUSE OF THIS, HIS BODY HAS TAKEN A TOLL ON HIS DAILY ACTIVITIES. SUCH AS SPORTS. AN ANY MOVEMENT THAT REQUIRES PHYSICAL STRENGHT HIS MENTAL STATE OF MIND CANNOT FUNCTION AS BEFORE.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

DR OLA VIOLATED OFF SITE HEALTH CARE TREATMENT TITLE 15 BY NOT ASSURING OF A DEADLY INFECTION SUCH AS VALLEY FEVER HIS CONCLUTION TO MUCH CHILI,

HAROLD L, OR TRAN
DENIED INMATE WITH PROPER TREATMENT SUCH AS MEDICATION

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

FUTURE TREATMENT, WITH THE PROPER MEDICATIONS FOR PAIN, PETITIONER EXPOUSURE TO AND CONTRACTING OF VALLEY FEVER IS A VIOLATION TO HEALTH AND SAFETY THAT WAS WELL KNOWN BY STATE LEADERS AND PRISON OFFICIALS (CDCR) TO BE A HIGH RISK LOCATION, THERE FORTH PETITIONER ASK THIS COURT FOR A MONETARY COMPENTSATION FOR HIS LIFE LONG SUFFERINGS

5/8/2016 / 5/31/16
(Date)

Isaias Salazar
(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT

STATE OF CALIFORNIA
PATIENT-INMATE HEALTH CARE APPEAL
CDCR 602 HC (REV. 6/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | | | |
| Signature: | | Date: | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): Salazar, Isaias | CDCR Number: AB9718 | Unit/Cell Number: C2-B102L | Assignment: None |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.): Exposure to and contraction of Valley Fever while at PVSP.

**SECTION A:** Explain your issue (If you need more space, use Section A of the CDCR 602-A): Pleasant Valley Prison was well known by state leaders and prison officials ("CDCR") to be a high risk location for contracting Valley Fever (coccidioidomycosis). In spite of that, with knowledge of the serious risk of substantial

**SECTION B:** Action requested (If you need more space, use Section B of the CDCR 602-A): I demand monetary compensation for all damages caused by the events set forth herein.

Supporting Documents: Refer to CCR 3084.3.
☐ List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☑ No, I have not attached any supporting documents. Reason: I am not aware of any supporting documents that need to be attached.

Patient-Inmate Signature: *Isaias Salazar* Date Submitted: 12-8-14

S.I. By placing my initials in this box, I waive my right to receive an interview.

**SECTION C: FIRST LEVEL Staff Use Only** Check One: Is CDCR 602-A attached? ☐ Yes ☐ No
This appeal has been: Check One: Is this a recategorized/converted 1824? ☐ Yes ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction): Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter): Date: ___
☐ Accepted Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ___ Interview Location: ___
Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐ Yes ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: ___ Title: ___ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | Signature: ___ Date completed: ___ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: ___ Title: ___ |
| 4. Comments: | | | (Print Name) |
| | | | Signature: ___ |

HCAC Use Only
Date received by HCAC: ___

HCAC Use Only
Date closed and mailed/delivered to appellant: ___

STAFF USE ONLY

37

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Salazar, Isaias | CDC Number: AB9718 | Unit/Cell Number: C2-B102L | Assignment: None |

A. Continuation of CDCR 602, Section A only (Explain your issue):

harm posed by Valley Fever, exposed me to a risk of contraction by transferring me to Pleasant Valley State Prison in May 2010. As a result, I contracted Valley Fever while incarcerated and suffered constant chest pain, back pains, sore throats, and night sweats. I was diagnosed in 2013.

The consequences of what I later learned is a subject of a section 1983 civil rights claim is ongoing. I continue to suffer the effects of Valley Fever to this day, and will for the rest of my life.

I hereby incorporate all issues, allegations, information and named defendants identified, discussed or referenced in Beagle v. California, E.D. Case Number 14-cv-410, (now 14-cv-430), Docket 2, which provides further notice on the nature of this claim.

Inmate/Parolee Signature: ISAIAS SALAZAR     Date Submitted: 12-8-14
S.I

B. Continuation of CDCR 602, Section B only (Action requested):

Inmate/Parolee Signature: _____     Date Submitted: _____

## CALIFORNIA INSTITUTION FOR MEN
### PROOF OF SERVICE BY MAIL
(C.C.P. §1013a; §2015.5; Fed.R.Civ.P. 5; 28 U.S.C. 1746)

I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, **(A)** and / and not a party to the within action. My mailing address is: P.O. BOX 500, CHINO, CA 91708.

On the following date: **(B)** _5/8/16 / 5/31/16_, I served the following document(s): **(C)**

_MOTION AND CIVIL RIGHTS COMPLAINS_

On the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following parties: **(D)**

_US DISTRICT COURT_

_OFFICE OF THE CLERK_

_US COURT HOUSE_

_LOS ANGELES CA 90012-4797_

I am readily familiar with the normal business practices for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(E)** Name: _ISAIAS SALAZAR_   CDCR#: _AB-9718_

Signed: _Isaias Salazar_   Dated: _5/8/2016 / 5/31/16_

---

**CIM MAILROOM ACKNOWLEDGEMENT OF MAILING**

DATED: _____ STAFF: _____

SIGNED: _____

---

CIM PROOF OF SERVICE BY MAIL
11/06

ISAIAS SALAZAR
AB9718 BUTTE 102-L
P.O. BOX 500
CHINO CA 91708

AJW

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA
90012

FIRST CLASS

96 Pinta 76360    9/13/16