1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10                  **EASTERN DIVISION**
11  **ISAIAS SALAZAR,**                    )
                                           )
12                   **Plaintiff,**        )    **Case No. EDCV 16-01632 PSG (AJW)**
                                           )
13            **v.**                       )
                                           )    **J U D G M E N T**
14  **DEAN BORDERS, et al.,**              )
                                           )
15                   **Defendants.**       )
    _____   )
16
17
          **IT IS ADJUDGED** that this action is **dismissed without prejudice.**
18
19
20
    DATED: ___4/5_____, 2017
21
                                           _____
22                                         PHILIP S. GUTIERREZ
                                           United States District Judge
23
24
25
26
27
28